IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MRI INTERNATIONAL, INC.,

    Petitioner,

    v.

                                    Civil Action 2:13-mc-9
                                    Judge Michael H. Watson
                                    Magistrate Judge Norah McCann King

UNITED STATES OF AMERICA,

    Respondent.

ORDER

    For the reasons that follow, the Court **SUA SPONTE TRANSFERS** this action to the Western Division of this Court at Cincinnati.

    Petitioner MRI International, Inc., initiated this miscellaneous action on February 19, 2013 with the filing of the petition.  On February 20, 2013, Petitioner's counsel informed the Court that the petition should have been filed in the Western Division, at Cincinnati.1

    Pursuant to 26 U.S.C. § 7609(h)(1), which governs special procedures for third-party subpoenas, venue is proper in this district because the summoned party, First Financial Bank, has its principal place of business in this district.  However, issues of intra-district venue are governed by Southern District of Ohio Civil Rule 82.1, which provides in pertinent part:

---

1The Court notes that the petition bears the caption "IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION."  (ECF No. 1.)

> (b) **Location of Court.** For venue purposes, the area served by each location of court consists of the following counties:
>
> \* \* \*
>
> Western Division: Cincinnati: Adams, Brown, Butler, Clermont, Clinton, Hamilton, Highland, Lawrence, Scioto, and Warren.

S. D. Ohio Civ. R. 82.1(b). The principal place of business of the summoned party, First Financial Bank, is in Butler County, Ohio. *Petition to Quash Summons*, ¶ 2. The Western Division at Cincinnati serves that county.

Accordingly, in the interests of justice, the Court **SUA SPONTE TRANSFERS** this action to the Western Division of this Court, at Cincinnati, Ohio.

**IT IS SO ORDERED.**


Date: February 21, 2013           */s/ Norah McCann King*
                                                       Norah McCann King
                                                       United States Magistrate Judge